CARL VON SCHARFENBERG, Appellant, *v.* MARTIN S. BERNET, Defendant, and JOHN A. KLEMANN et al., Respondents.

(Argued April 9, 1930; decided May 6, 1930.)

*A. Lewis Spitzer* and *Leonard Acker* for appellant.

*Alvin C. Cass, Jacques W. Bacal* and *Charles Snow Kellogg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.